UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CHILENKO and
LOIS CHILENKO,

        Plaintiffs,        CASE NUMBER: 09-12247
                                              HONORABLE VICTORIA A. ROBERTS

v.

AMERICAN HOME MORTGAGE
SERVICING, INC., et al,

        Defendants.
                                                   /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 15, 2011, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. 35) recommending that the Court GRANT Defendant American Home Mortgage Servicing, Inc.'s Motion for Summary Judgment (Doc. 26).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Defendant's motion.

        **IT IS ORDERED.**

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: March 7, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 7, 2011.

s/Carol A. Pinegar
Deputy Clerk